UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN A. STOMBRES,<br><br>                    Plaintiff,<br><br>  vs.<br><br>MR. SINCLAIR, et al.,<br><br>                  Defendants. | NO:  CV-12-598-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

     Magistrate Judge Imbrogno filed a Report and Recommendation on March 21, 2013, recommending Mr. Strombres' Motion to Voluntarily Dismiss be granted.  ECF No. 26.  There being no objections, the court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 24, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE .**

     Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion, ECF No. 25, is **GRANTED** and the institution having custody of Mr.

ORDER -- 1

1  Strombres shall cease collection of the filing fee in this action, cause number **CV-12-598-CI.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.  The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** April 9, 2013.



_____
THOMAS O. RICE
United States District Judge

ORDER -- 2