# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GLENN A. STOMBRES,

                Plaintiff,

                v.

MR. SINCLAIR, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-0598-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is dismissed without prejudice.

| | |
|---|---|
| 4/09/2013 | SEAN F. McAVOY |
| Date | Clerk |
| | s/ Pam Howard |
| | (By) Deputy Clerk |
| | Pam Howard |